IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD 1912-06






NARIMAN RIHOO, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIFTH COURT OF APPEALS

DALLAS COUNTY




 PER CURIUM. KEASLER and hervey, jj., dissent.





ORDER

 The petition for discretionary review violates Rule of Appellate Procedure 9.3,
because the original petition is not accompanied by eleven (11) copies. The petition for
discretionary review also violates Rule of Appellant Procedure 68.5 because the grounds and
reasons for review are longer than fifteen (15) pages.

 The petition is struck. See Rule of Appellant Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the 


Page 2

Rihoo


Court of Criminal Appeals within thirty (30) days after the date of this order.


En banc.

Delivered: March 14, 2007

Do Not Publish.